UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 30, 2017

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Hendren, Laurene | Docket No. | 0980 1:16CR02078-SAB-2 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Laurene Hendren, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 26th day of October 2016, under the following conditions:

Condition #6: Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

Condition #9: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a license medical practitioner.

Special Condition #1: Defendant shall complete treatment indicated by an evaluation or recommended by Pretrial Services and shall comply with all rules of a treatment program.

Special Condition #2: Prohibited Substance Testing: Defendant shall submit to any method of testing required by the Pretrial Service office for determining whether the Defendant is using a prohibited substance.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Violation #1: Failing to report to the United States Probation office as directed between January 24 and 25, 2017.

Violation #2: Failing to submit to required urinalysis testing as directed by the Merit Resource Services random color line on December 27, 2016.

Violation #3: Failing to submit to required urinalysis testing as directed by the Merit Resource Services random color line on January 5, 2017.

Violation #4: Failing to submit to required urinalysis testing as directed by the Merit Resource Services random color line on January 18, 2017.

Violation #5: Failing to submit to required urinalysis testing as directed by Merit Resource Services random color line on January 20, 2017.

Violation #6: Failing to submit to required urinalysis testing as directed by the Merit Resource Services staff on January 24, 2017.

Violation #7: Failing to report to the United States Probation office as directed on January 27, 2017.

Violation #8: Failing to submit to required urinalysis testing as directed by supervising probation officer on January 27, 2017.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: January 27, 2017 |
| by | s/Linda J. Leavitt |
|  | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

M.K. Dimke

Signature of Judicial Officer

1/27/2017

Date