# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.          Hendren, Laurene          Docket No.          0980 1:16CR02078-SAB-2

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Laurene Hendren, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 26th day of October 2016, under the following conditions:

Condition #9: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a license medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Violation #1: Using a controlled substance, methamphetamine, on October 12, 2017.

PRAYING THAT THE COURT WILL TAKE NO ACTION AT THIS TIME

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on:     October 17, 2017 |
| by | s/Linda J. Leavitt |
|  | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

## THE COURT ORDERS

[x]     No Action
[ ]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[ ]     Defendant to appear before the Judge assigned to the case.
[ ]     Defendant to appear before the Magistrate Judge.
[ ]     Other

_Stanley A. Bastian_
Signature of Judicial Officer

10/17/2017
Date