PROB 12C
(6/16)

Report Date: April 2, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 06, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Laurene Hendren | Case Number: 0980 1:16CR02078-SAB-2 |
| Address of Offender: | Wapato, Washington 98951 |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 4, 2017

Original Offense:     Distribution of 5 Grams or More of Actual Methamphetamine, 21 U.S.C. §§ 841 (a)(1), (b)(1)(B)(viii), and 2

| | | |
|---|---|---|
| Original Sentence: | Prison - 24 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: July 3, 2019 |
| Defense Attorney: | Richard A. Smith | Date Supervision Expires: July 2, 2023 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number     Nature of Noncompliance

1    **Special Condition #4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Ms. Hendren is alleged to violated her conditions of supervised release by failing to report for drug and alcohol treatment on December 21 and 30, 2020; January 7, 22, and 27, 2021; and March 5, 2021, as previously directed.

Ms. Hendren's conditions were reviewed with her on July 10, 2019. She signed her conditions acknowledging an understanding of her conditions, which includes special condition number 4, as noted above.

Prob12C
**Re: Hendren, Laurene**
**April 2, 2021**
**Page 2**

On October 5, 2020, Ms. Hendren was instructed to complete a drug and alcohol assessment at Merit Resource Services, which she did. As noted in the report to the Court requesting no action dated December 14, 2021, Ms. Hendren appeared to have engaged in drug treatment at Merit.

On January 4, 2021, the probation department received Ms. Hendren's December monthly report from Merit. The report showed Ms. Hendren failed to attend virtual drug and alcohol treatment appointments on December 21 and 30, 2020. During follow up with Ms. Hendren, she reported she was exposed to COVID-19, she later tested negative.

On January 22, 2021, Ms. Hendren failed to report to Merit for an individual counseling session. An incident report from Merit, dated January 22, 2021, advised Ms. Hendren has had an unsatisfactory response to treatment. On January 27, 2021, Ms. Hendren failed to attend drug and alcohol treatment as previously directed. During follow up, Ms. Hendren challenged the accuracy of these reports.

On February 3, 2021, Ms. Hendren was confronted by her Merit counselor and this officer about the above-noted treatment issues. On this date, both this officer and the Merit treatment provider reviewed the expectations for attending treatment and urinalysis (UA) testing. On this date, Ms. Hendren was removed from virtual appointments and directed to attend appointments in person.

On March 5, 2021, Ms. Hendren failed to attend an individual counseling session. When confronted by this officer, Ms. Hendren reported returning late from a medical appointment which was held in the Tri Cities.

It should be noted, at the writing of this report, Ms. Hendren has decided to switch drug and alcohol treatment services to Comprehensive Healthcare.

2   **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. Hendren is alleged to have violated her conditions of supervised release by failing to report for UA testing on December 10, 2020; January 7 and 20, 2021; February 8, 2021; and March 3, 8, and 23, 2021, as previously directed.

Ms. Hendren's conditions were reviewed with her on July 10, 2019. She signed her conditions acknowledging an understanding of her conditions, which includes special condition number 6, as noted above.

On October 8, 2020, following an admission to illegal drug use, which was noted in the report to the Court requesting no action, Ms. Hendren was assigned to Merit's random UA testing program.

On December 10, 2020, Ms. Hendren failed to report to Merit for random UA testing as previously instructed. It should be noted, on this date during a telephone contact, Ms. Hendren reported calling Merit daily and denied any issues reporting to Merit for UA

Prob12C
**Re: Hendren, Laurene**
**April 2, 2021**
**Page 3**

testing. The probation department received the notice Ms. Hendren failed to report for UA testing on December 18, 2020.

On January 7, 2021, Ms. Hendren failed to report to Merit for random UA testing, as part of her placement in the random UA testing program. During follow up, Ms. Hendren reported she failed to report for testing due to COVID-19 exposure, which she later reported testing negative for the virus.

On January 20, 2021, Ms. Hendren failed to report to Merit for random UA testing as previously instructed. It should be noted, on January 25, 2021, Ms. Hendren claimed she provided a UA on this date, which Merit denied she had done.

On February 8, 2021, Ms. Hendren failed to report to Merit for random UA testing as previously directed.

On March 3, 2021, Ms. Hendren failed to report to Merit for random UA testing as previously directed. On this date, Ms. Hendren reported she was unable to report because of the anesthesia she was provided during a dental procedure earlier in the day.

On March 8, 2021, Ms. Hendren failed to report to Merit for random UA testing as previous directed. During follow up, the offender claimed staff at Merit advised she did not need to provide a sample. This officer admonished Ms. Hendren, as it was her responsibility to check the color line daily.

On March 23, 2021, this officer instructed Ms. Hendren to report to Merit for UA testing on this date, which she failed to do. During follow up later this date, this officer directed Ms. Hendren to report to Merit on the morning of March 24, 2021, which she failed to do. It should be noted, Ms. Hendren reported to Merit at closing on March 24, 2021. The sample tested presumptive positive for methamphetamine. At the writing of this report, the sample has not returned from confirmation testing.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 2, 2021

s/Nick Bazan

Nick Bazan
U.S. Probation Officer

Prob12C
Re: Hendren, Laurene
April 2, 2021
Page 4

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

4/6/2021

Date